FILED 21 APR '25 11:07USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Dr. Jerrel Arcilicia Taylor | Case No. 2:25-cv-649 Im |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Sgt. Daniel

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Jernel A. Taylor |
| All other names by which you have been known: | Melo, Genius, Popcorn, Yusuf |
| ID Number | 24/24924 |
| Current Institution | OSCI |
| Address | 3405 Deer Park Dr Se |
| | Salem         OR         97310 |
| | *City*         *State*         *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Daniel |
| Job or Title *(if known)* | Sgt |
| Shield Number | IDK |
| Employer | E.O.C.I. DOC |
| Address | 2500 Westgate |
| | Pendleton         OR         97801 |
| | *City*         *State*         *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*         *State*         *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Page 2 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Shield Number | _____ |
| Employer | _____ |
| Address | _____ |
| | _____ |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Shield Number | _____ |
| Employer | _____ |
| Address | _____ |
| | _____ |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A. PREA. Maybe 4th amend.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

PREA 42 U.S.C.A. section 15601 et seq.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

E.O.C.I. @ St. Anthony's Hospital in Pendleton, OR 97801

Form 39.010

C.    What date and approximate time did the events giving rise to your claim(s) occur?

3.22.2025 @ St. Anthony's Hospital

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

on 3.22.2025 @ St. Anthony's Hospital, while in the E.R. for neuralisis, Sgt. Daniel grabbed my naked penis 3 times after I told him stop! #METOO

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Trauma, intense mental, emotional, or physical disturbance resulting from him touchin my penis.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Equity in D.O.C., $1,000,000, and a 3 bedroom house in Salem or metro area!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

E. O.C.I.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

E.O.C-I, POC DSU cell 42

2.     What did you claim in your grievance?

Sexual touching by Sgt. Daniel

3.     What was the result, if any?

accepted

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A with PREA

Form 39.010

FILED21 APR '25 11:07USDC-ORP

## CERTIFICATE OF SERVICE

**CASE NAME:** Dr. Taylor    v. Sgt. Daniel

**CASE NUMBER:** (if known) _____

COMES NOW, Dr. Taylor , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at OSCI

That on the 16 day of April , 2025, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

~~OSCI~~ 1983 Action

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

~~OSCI~~ District of OR, Portland
1000 SW Third AVE
Portland, OR 97204

(Signature)

Print Name Jerrel A. Taylor
S.I.D. No.: 24127924

**Oregon State Correctional Institution**
Name: Jesmel A. Taylor
Sid: 24129924
3405 Deer Park Dr SE
Salem, OR 97310

NEOPOST
04/17/2025
US POSTAGE $000.50⁰ IMI

ZIP 97310
041M11468311

NEOPOST
04/17/2025
US POSTAGE $000.50⁰ IMI

ZIP 97310
041M11468311

**LEGAL MAIL**

District Court of OR
1000 SW Third AVE
Portland, OR 97204